IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Raymond P. Moore**

Criminal Case No. 15-cr-00009-RM

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.    PABLO URENDA,
      *a.k.a. Pablo Urenda Navarro,*
      *a.k.a. Raider Urenda,*

      Defendant.

_____

**ORDER SETTING TRIAL DATES AND DEADLINES**
_____

This matter has been scheduled for a **three-day** jury trial on the docket of Judge Raymond P. Moore in the U.S. District Courthouse, Courtroom A601, 6th Floor, 901 19th Street, Denver, Colorado to commence on **April 27, 2015 at 9:00 a.m.** It is

ORDERED THAT all pretrial motions shall be filed by **March 9, 2015** and responses to these motions shall be filed by **March 16, 2015**. It is further

ORDERED that a Trial Preparation Conference is set for **April 20, 2015 at 9:00 a.m.** in Courtroom A601. Lead counsel who will try the case shall attend in person.

The parties shall be prepared to address the following issues at the Trial Preparation Conference:

    1)    jury selection;

    2)    sequestration of witnesses;

3)	timing of presentation of witnesses and evidence;

4)	anticipated evidentiary issues;

5)	any stipulations as to fact or law; and

6)	any other issue affecting the duration or course of the trial.

DATED this 24th day of February, 2015.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge